United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 6, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 07-40154
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BENEDICTO ARANA-ASCENCIO, also known as Juan Aranda-Silva,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:06-CR-633-1
--------------------

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Appealing the Judgment in a Criminal Case, Benedicto Arana-Ascencio preserves for further review his contention that his sentence is unreasonable because this court's post-<u>Booker</u>[**] rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in <u>Booker</u>. Arana-Ascencio concedes that his argument is foreclosed by <u>United States v. Mares</u>, 402 F.3d 511 (5th Cir. 2005), and its progeny, which have outlined this court's methodology for reviewing sentences for

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

    [**] <u>United States v. Booker</u>, 543 U.S. 220 (2005).

reasonableness.  The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.